**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF IOWA**
**PROCEEDING MEMO AND ORDER**

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| ) | |
| Rolando Almendarez ) | |
| ) | Bankruptcy No. 09-03254S |
| Debtor. ) | |

Date of Hearing: August 17, 2010

APPEARANCES:
For Debtor: Wil L. Forker

Case Trustee: Carol F. Dunbar

NATURE OF PROCEEDING: In Court

**Trustee's Motion to Dismiss Case (doc. 32)**

OUTCOME OF PROCEEDING:

 X   The matter having been submitted,
_____Having been informed that the matter is settled,
_____And findings of fact and conclusions of law having been orally stated,

IT IS ORDERED THAT:

_____The matter is taken under advisement.
    Simultaneous Briefs are due _____
    Debtor(s)' Brief is due _____
    Movant's Brief is due _____
    Reply Brief _____
_____Settlement documents are to be submitted within ____ days or the matter will be dismissed without further notice or hearing pursuant to Local Rules.
 X   JUDGMENT is entered as follows pursuant to Fed. R. Bankr. P. 9021. [ ] EJ
_____Other:

Motion granted.  Case is dismissed.

Dated and Entered   August 17, 2010

William L. Edmonds, Bankruptcy Judge